**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW,<br><br>              Plaintiff,<br>      v.<br><br>SANDS PARAGON MANAGEMENT LLC, et al.,<br><br>              Defendants. | Case No. 2:12-cv-3606-ODW(PJWx)<br><br>**ORDER TO SHOW CASE RE LACK OF PROSECUTION** |

Plaintiff Cecil Shaw is ordered to show cause why Defendant Sands Paragon Management LLC should not be dismissed for lack of prosecution. Sands has failed to timely answer Plaintiff's Complaint, which was due by August 15, 2012. Yet, Plaintiff has not acted on this deficiency.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than August 31, 2012, why Sands should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer by Sands. In the event both documents are filed before the above date, the earlier filed document will take precedence. Failure to respond to this order will result in the dismissal of Sands.

**IT IS SO ORDERED.**

August 24, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**