JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW, | ) No: 2:12-CV-03606-FMO-PJWx |
| | ) |
| Plaintiff, | ) **ORDER GRANTING STIPULATION FOR** |
| | ) **DISMISSAL OF ACTION** |
| vs. | ) |
| | ) |
| SANDS PARAGON MANAGEMENT, LLC, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Cecil Shaw and Defendants Sands Paragon Management, LLC and Famous Joe's, Inc. dba Famous Joe's shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Cecil Shaw and Defendants Sands Paragon Management, LLC and Famous Joe's, Inc. dba Famous Joe's, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

1        3.       Except as provided for in paragraphs 1 and 2 above, Sands Paragon

2   Management, LLC and Famous Joe's, Inc. dba Famous Joe's are dismissed with prejudice from

3   this action.

4   **IT IS SO ORDERED.**

5

6   Dated:  May 2, 2013                    _____/s/_____
                                           United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Shaw v. Sands Paragon Management, LLC, et al.*
Order Granting Stipulation for Dismissal of Action